IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-13489

DEBTOR(S):

LYNETTE T JACKSON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 12 IN THE AMOUNT OF $645.42

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/22/2024