UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    LYNETTE T JACKSON<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-13489-PMM |

CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of March, 2024, by first class mail upon those listed below:

LYNETTE T JACKSON
6139 NASSAU ROAD
PHILADELPHIA, PA  19151

**Electronically via CM/ECF System Only:**

BRAD J. SADEK ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                                            */s/ Kenneth E. West, Esq.*
                                                            Kenneth E. West, Esq.
                                                            Standing Chapter 13 Trustee