### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Lynette T Jackson | | CHAPTER 13 |
| | Debtor(s) | |
| loanDepot.com, LLC | Movant | |
| vs. | | NO. 23-13489 PMM |
| Lynette T Jackson | Debtor(s) | |
| Kenneth E. West | Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 30th day of May, 2024 at Philadelphia, upon consideration of Movant's Motion to Approve Partial Claim, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on April 4, 2024 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge