United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                   Case No. 23-13489-pmm
Lynette T Jackson                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 3
Date Rcvd: Feb 04, 2025          Form ID: 155          Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynette T Jackson, 6139 Nassau Road, Philadelphia, PA 19151-4506 |
| 14831782 | + | Penn Federal Credit Un, 800 River Rd, Conshohocken, PA 19428-2632 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14831770 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 05 2025 00:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 14852342 | | Email/Text: megan.harper@phila.gov | Feb 05 2025 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14831771 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2025 00:36:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14839112 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 05 2025 00:35:37 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14831774 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 00:35:50 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14831775 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 05 2025 00:36:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14831776 | | Email/Text: BNSFS@capitalsvcs.com | Feb 05 2025 00:16:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14831777 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2025 00:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14831773 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2025 00:35:50 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14839733 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 05 2025 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14847832 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 00:35:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14831778 | + | Email/Text: bknotification@loandepot.com | Feb 05 2025 00:17:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 14831779 | | Email/Text: EBN@Mohela.com | Feb 05 2025 00:16:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14879092 | | Email/Text: EBN@Mohela.com | Feb 05 2025 00:16:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |

Case 23-13489-pmm   Doc 40   Filed 02/06/25   Entered 02/07/25 00:36:59   Desc Imaged
                        Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14831780 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 05 2025 00:35:40 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14845704 | + | Email/PDF: cbp@omf.com | Feb 05 2025 00:52:55 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14831781 | + | Email/PDF: cbp@omf.com | Feb 05 2025 00:35:46 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14846837 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2025 00:36:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14839444 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 00:36:09 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14834134 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 05 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14847831 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 00:36:11 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14831786 | + | Email/Text: bankruptcy1@pffcu.org | Feb 05 2025 00:17:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14831785 | + | Email/Text: bankruptcy1@pffcu.org | Feb 05 2025 00:17:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14834898 | + | Email/Text: bankruptcy1@pffcu.org | Feb 05 2025 00:17:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14831787 | | Email/Text: bankruptcy@springoakscapital.com | Feb 05 2025 00:16:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14845798 | | Email/Text: bankruptcy@springoakscapital.com | Feb 05 2025 00:16:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14831788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 00:36:09 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14833276 | ^ | MEBN | Feb 05 2025 00:08:52 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14847648 | + | Email/Text: bknotification@loandepot.com | Feb 05 2025 00:17:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14831772 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14831783 | *+ | Penn Federal Credit Un, 800 River Rd, Conshohocken, PA 19428-2632 |
| 14831784 | *+ | Penn Federal Credit Un, 800 River Rd, Conshohocken, PA 19428-2632 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: 155 | Total Noticed: 31 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2025                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

**Name**              **Email Address**

BRAD J. SADEK
on behalf of Debtor Lynette T Jackson brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Lynette T Jackson<br><br>  Debtor(s). | Case No. 23−13489−pmm<br><br>Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 4, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court