United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-13489-pmm
Lynette T Jackson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 23, 2026 Form ID: pdf900 Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynette T Jackson, 6139 Nassau Road, Philadelphia, PA 19151-4506 |
| 14831782 | + | Penn Federal Credit Un, 800 River Rd, Conshohocken, PA 19428-2632 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 24 2026 02:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14831770 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 24 2026 02:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 14852342 | | Email/Text: megan.harper@phila.gov | Sep 24 2026 02:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14831771 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 02:42:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14839112 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2026 02:42:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14831773 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2026 02:42:07 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14831774 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 02:42:08 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14831775 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2026 02:42:07 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14831776 | | Email/Text: BNSFS@capitalsvcs.com | Sep 24 2026 02:32:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14831777 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2026 02:32:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14839733 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 24 2026 02:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14847832 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14831778 | + | Email/Text: bknotification@loandepot.com | Sep 24 2026 02:32:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |

| | | | | |
|---|---|---|---|---|
| 14831779 | | Email/Text: EBN@Mohela.com | Sep 24 2026 02:32:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14879092 | | Email/Text: EBN@Mohela.com | Sep 24 2026 02:32:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14831780 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 24 2026 02:42:13 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14845704 | + | Email/PDF: cbp@omf.com | Sep 24 2026 02:42:06 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14831781 | + | Email/PDF: cbp@omf.com | Sep 24 2026 02:42:13 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14846837 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2026 02:42:13 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14839444 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:00 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14834134 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2026 02:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14847831 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:14 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14831786 | + | Email/Text: bankruptcy1@pffcu.org | Sep 24 2026 02:32:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14831785 | + | Email/Text: bankruptcy1@pffcu.org | Sep 24 2026 02:32:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14834898 | + | Email/Text: bankruptcy1@pffcu.org | Sep 24 2026 02:32:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14845798 | | Email/Text: bankruptcy@springoakscapital.com | Sep 24 2026 02:32:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14831787 | | Email/Text: bankruptcy@springoakscapital.com | Sep 24 2026 02:32:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14831788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:07 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14833276 | ^ | MEBN | Sep 24 2026 02:27:23 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14847648 | + | Email/Text: bknotification@loandepot.com | Sep 24 2026 02:32:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14831772 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15029308 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14831783 | *+ | Penn Federal Credit Un, 800 River Rd, Conshohocken, PA 19428-2632 |
| 14831784 | *+ | Penn Federal Credit Un, 800 River Rd, Conshohocken, PA 19428-2632 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Lynette T Jackson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
LYNETTE T JACKSON

Debtor

Chapter 13

Bankruptcy No. 23-13489-PMM

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Patricia M. Mayer

**Date: September 22, 2026**

Honorable Patricia M. Mayer
Bankruptcy Judge